# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | : | Civil No. 1:20-CV-01114 |
| Plaintiff, | : | |
| v. | : | |
| TRADITIONS OF AMERICA, LP, *et al.* | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of November, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED** that the motion to dismiss filed by Defendant Elite Mechanical Group (Doc. 10) is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania